# Delaware Valley Mutual Casualty Company, Appellant, *v.* Alailima.

Argued September 14, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Sheldon Tabb,* for appellant.

*William A. Goichman,* with him *Rosenzweig, Krimsky & Goichman,* for appellees.

OPINION PER CURIAM, November 15, 1962:

The order of the court below is affirmed on the opinion of Judge BOYLE of the County Court of Philadelphia, as reported in 28 Pa. D. & C. 2d 413.